JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MINERVA A. LIM,                    )         Case No.: 14-3028 DSF (MRWx)
                                   )
          Plaintiff,               )
                                   )
     vs.                           )         JUDGMENT
                                   )
RESIDENTIAL CREDIT                 )
SOLUTIONS, INC., et al.,           )
                                   )
          Defendants.              )
_____    )

     The Court having ordered that the case be dismissed by consent of the

plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

be dismissed, and that defendants recover their costs of suit pursuant to a bill of

costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____5/28/14_____        _____
                                         Dale S. Fischer
                                    United States District Judge